**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6879**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

AARON RILEY,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:04-cr-00011-REM; 2:07-cv-00026)

─────────────

Submitted:  August 23, 2007        Decided:  August 30, 2007

─────────────

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Aaron Riley, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Riley appeals the district court's order dismissing his motion under 28 U.S.C. § 2255 (2000) without prejudice, redocketing his Petition for Declaration of Nationality as titled and denying the same, and denying his Writ of Coram Nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Riley</u>, Nos. 2:04-cr-00011-REM; 2:07-cv-00026 (N.D.W. Va. Mar. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -